ISIDOR P. HELLER, as Trustee in Bankruptcy, etc., of FLORENCE H. MILLER, Respondent, v. FLORENCE H. MILLER and Another, Appellants.— Motion for stay denied.  Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, to Certain Lands and Premises Situated on the Westerly Side of Wardwell Avenue and the Easterly Side of Fisk Avenue, Northerly of Leonard Street, for a School Site, etc., Borough of Richmond, City of New York.— Motion granted.  Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.  Settle order on notice.

In the Matter of the Petition of FLORENCE S. DUNLOP to Render and Settle Her Account as Executrix of EMILY L. SALMON, Deceased.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.  Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

In the Matter of the BROOKLYN BAR ASSOCIATION, etc.  SAMUEL F. EDMEAD, an Attorney, Respondent.— Motions for reargument and reconsideration to confirm report of referee and for modification of the punishment denied, without costs.  Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

In the Matter of the BROOKLYN BAR ASSOCIATION, etc.  JOSEPH A. FIRPO, an Attorney, Respondent.— Motion to confirm report of official referee granted. In the matter of the charges concerning Lamberti and DeGennaro, we think the respondent's methods were objectionable, but doubt whether they amounted to willful wrongdoing.  It may be that his conduct was brought about by inexperience or bad judgment.  We think that in these matters the ends of justice will be satisfied by censure of the respondent.  But in the Moskowitz complaint, relating to the appeal in the case of *Guyeff* v. *Moskowitz*, a more serious question is presented, and we agree with the conclusion of the official referee, and suspend the respondent from the practice of the law for a period of one year.  Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of MARY ISENBARTH for a Mandamus Order against MICHAEL BARTNETT, as Inspector of Buildings of the City of New Rochelle.— Motion for leave to appeal to the Court of Appeals granted.  Kelly, P. J., Rich, Kelby and Kapper, JJ., concur; Young, J., not voting.

JOHN JORDAN, Respondent, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

DAVID KARPEL, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Motion to dismiss appeal denied.  Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.

ISAAC LECKER, Respondent, v. MAX M. MANHEIM, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January, 1924, term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.